M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 JAN -4 A 10: 25

Brandon Adams #227841
Full name and prison name of
Plaintiff(s)

v.

CIVIL ACTION NO. 2:19-cv-11-MHT-CSC
(To be supplied by Clerk of U.S. District Court)

WARDEN III RICHER
WARDEN II BABERS
WARDEN I MCCLAIN
CAPT. MCCOVERY
SGT. CLEMONS
A.D.O.C - ETC, AL, WEXFORD
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)

_____ N/A _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
   W.E. Donaldson Correctional Facility
   PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
   Bullock C.F. (Restricted Housing)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. Warden III: Ms. Richie, P          Bullock C.F.
2. Warden II: Ms. Babers, G           Bullock C.F.
3. Warden I: Mr. McClain, A           Bullock C.F.
4. Capt.: Mr. McCovery, T             Bullock C.F.
5. Sgt.: Mr. Clemons, F               Bullock C.F.
6. A.D.O.C. - Etc. AL  Wexford Health Care Service

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
   9/25/18 through 11/26/18

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: No regards at all for ones mental health conditions the fact that I am a mental health code 2 inmate and there is a criteria for mental health code 2 inmates to be place in restricted housing & seg. unit. The criteria time frame is no longer than 14 days my 8th amendment has been violated, "Excessive Punishment" & "Cruel & Unusual Punishment".

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I WAS PLACED IN BULLOCK RESTRICTED HOUSING AND LEFT BACK THERE INTENTIONALLY WITH NO REGARDS OF MY MENTAL HEALTH SITUATION, AND THE FACT THAT I AM A MENTAL HEALTH CODE 2 INMATE. THEY ARE FULLY AWARE AND KNOW THE CRITERIA FOR A MENTAL HEALTH CODE 2 INMATES IS TO ~~GROUND TWO:~~ ONLY BE IN RESTRICTED HOUSING OR SEG. UNIT NO LONGER THAN 14 DAYS AT THE MOST. AND I WAS LEFT IN THERE 62 DAYS TO BE EXACT FROM 9/25/18 UNTIL 11/26/18 THATS ~~SUPPORTING FACTS:~~ WHEN THEY FINALLY TRANSFERRED ME, WITH THEM KEEPING ME IN THERE ~~LIKE~~, PLACED ME IN ALL TYPES OF SITUATIONS AND ~~PROBLEM~~ PROBLEMS WHILE I WAS IN THERE. THAT I WOULD NOT HAVE WENT THROUGH AND BEEN IN IF ONLY THEY WOULD HAVE WENT BY THE PROCEDURE AND CRITERIA FOR A MENTAL HEALTH CODE 2 INMATE, AND ~~GROUND THREE:~~ THATS FOR ME NOT TO BE IN A RESTRICTED HOUSING OR SEG. UNIT NO LONGER THAN 14 DAYS DUE TO MY MENTAL HEALTH CONDITION.

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I LIKE FOR THE COURT TO GRANT ME THE SUM OF $2.5 MILLION EACH DAY FOR VIOLATION OF MY RIGHTS AND EXCESSIVE PUNISHMENT AND CRUEL AND UNUSAL PUNISHMENT ON MY LIFE.

Brandon Adams #227841
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/19
(Date)

Brandon Adams #227841
Signature of plaintiff(s)

January 1, 2019

MY COMMISSION EXPIRES DECEMBER 8, 2020

Brandon Adams
AIS# 227841 W-40
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, AL 35023



BIRMINGHAM AL 350

02 JAN 2019 PM 1 1

"This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL ~~ONLY~~ MAIL

36104-401801

Office of the Clerk
United States District Court
Middle District of Alabama
One Church Street, Suite B-110
Montgomery, AL 36104-4018