THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2019 JUL 10  A 10:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BRANDON ADAMS #227841
   PLAINTIFF
       V.                                CASE NO. 2:19-CV-00011-MHT-CSC
PATRICE RICHIE, ET AL.,
   DEFENDANTS

x x x x x x

BRANDON ADAMS #227841
       V.                                CASE NO. 2:19-CV-00016-MHT-CSC
GWENDOLYN BABERS, ET AL.,
   DEFENDANTS

### PLAINTIFF'S ANSWER AND SPECIAL REPORT

COME NOW, PLAINTIFF BRANDON ADAMS #227841, IN RESPONSE TO THE COURT'S ORDER REQUIRING THE PLAINTIFF TO SUBMIT HIS SPECIAL REPORT AND ANSWER, HEREBY SUBMIT THE FOLLOWING ANSWER. WARDEN III RICHIE #3 @ B.C.F SINCE 4-16-18. P.2 Pn.1 (Doc. 34). WEXFORD HAS HAD AN CONTRACT W/A.D.O.C SINCE APRIL 1, 2018.

P.4, SUBSECTION "D" - SPEAKS ABOUT "ORIENTATION" CONCERNING "GRIEVENCE PROCEDURES" --- BUT:
(1) NO MENTION IS MADE THAT "RECORDS" ARE KEPT WHICH VERIFIES INMATES ARE "ORIENTATED" OR HAVE BEEN ORIENTATED.;
(2) NO MENTION IS MADE THAT INMATES ARE ADVISED OF ANY DISTINGUISHMENT BETWEEN WHAT? GRIEVENCE MATTER ARE OF A "SECURITY"

NATURE, AND WHICH ARE "MEDICAL/MENTAL HEALTH" NATURE, FOR "GRIEVENCE AVAILABILITY" PURPORES... REMEMBER YOU ARE DEALING WITH "MENTALLY DISABLE PEOPLE....!

ON P. 5-7 - SIX "COMMON GRIEVENCE TOPICS" ARE LISTED. THE VERY LAST ONE SLIGHTLY TOUCHES UPON ADAMS ASSERTIONS... (SECURITY) HOWEVER, THE LIST OF "GRIEVENCE PROCEDURES" WHICH HAS BEEN PREFFERED BY DEFENDANTS PP. 3-5 OF "DEFENDANTS' RESPONSE" DO NOT MENTION ANYTHING AT ALL CONCERNING GRIEVENCE MATTERS WHICH MAY BE PRESENTED AS MEDICAL GRIEVENCE BUT, WHICH MAY ACTUALY BE "SECURITY" MATTERS...

ON PPs. 3-5 NO "GRIEVENCE PROCEDURE" NOR GENERAL-IZED WEXFORD POLICIES (5-7) TOUCHES UPON NOR ADD-RESSES INSTANCES OF POSSIBLE "HYBRID" OCCURRENCES, BEING "SEGREGATED" IS GENERALLY A "SECURITY-RE-LATED" FUNCTION, WHEREAS HANDING DOWN A PROGNOSIS OF A PERSONS' "MENTAL STATE". AND RECOMMENDING OR DIRECTING A PERSON TO BE SEGREGATED PERSUANT TO THAT PROGNOSIS IS A "<u>MEDICAL/MENTAL HEALTH</u>" RELATED FUNCTION!

SITUATION SUCH AS THE BASIS FOR THIS CIVIL ACTION CLAIM FOR PUNITIVE DAMAGES PRESENTS RARE, NOVEL, "HYBIRD" CLAIM WHERE A "<u>SECURITY RELATED FUNCTION</u>" & A "<u>MEDICAL/MENTAL HEALTH</u>" <u>RELATED FUNCTION</u> OCCURR IN THE SAME INCIDENT, AT THE SAME TIME... AND DEFEN-TS HAS NOT PRESENTED ANY OF WEXFORD PROCEDURE

WHICH DEALS WITH SUCH A SITUATION...
THIS MAY EVEN BE A MATTER OF "FIRST IMPRESSION"...
ON P.4 OF "CORRECTIONAL OFFICIALS ANSWER" (DOC. 33) SUBDIVISION "5.A." - DEFENDANTS ADMITS THAT THEIR EMPLOYER (A.D.O.C.) HOUSED PLAINTIFF IN BULL-OCK'S (THEIR PLACE OF EMPLOYMENT) RESTRICTIVE HOUSING UNIT DURING PERIOD FROM 9-28-18 UNTIL 11-26-18...
ADMITS THIS AGAIN AT P.5 OF (DOC.33); SUBDIV. "9.B."
AGAIN AT P.6 OF (DOC.33) SUBDIV. "11.A." & "12.A"
P.7 (DOC.33) PLAINTIFF AMERS INJURIES ALLEGED OCCURRED BETWEEN SEPT.-NOV. 2018. §1983 SETS OUT A 2 YR. STAUS, OF LIMITATIONS FOR BRINGING CIVIL INJ-URY CLAIMS.
THEREFORE DOCTOINE NOR STAUS OF LIMITATIONS APPLY AS VALID DEFENSES.
USED BLANKET CONCLUSORY DEFENSES BUT NEVER ADDRESSED MERITS OF CLAIMS...
AT P.3-4 OF (DOC.34) PLAINTIFF ADMIT THEY PLACED HIM IN SEG. FOR "SECURITY-RELATED" REASONS...
SO, WHY SHOULD HE HAVE FILED A "MEDICAL RELATED" GRIEVENCE???
    RESPECTFULLY SUBMITTED THIS 3RD DAY OF THE MONTH OF JULY
            BRANDON ADAMS #227841
            PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON THE FOLLOWING, VIA THE ELECTRONIC FILING/ELETRONIC CASE MANAGEMENT SYSTEM AND/OR U.S. MAIL, FIRST CLASS POSTAGE PREPAID AT AND PROPERLY ADDRESSED ON THIS 3RD DAY OF THE MONTH OF JULY

PHILIP G. PIGGOTT
STARNES DAVIS FLORIE LLP
100 BROOKWOOD PLACE 7TH FLOOR
BIRMINGHAM, AL 35209

BRANDON ADAMS #227841
W.E. DONALDSON CORR. FAC.
100 WARRIOR LANE
BESSEMER, AL 35023
PLAINTIFF

BeauDon Adams
AIS #227841 W-25
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, AL 35023

"LEGAL MAIL"

BIRMINGHAM AL 350
08 JUL 2019 PM 5 L

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801