IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANDON ADAMS, )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>PATRICE RICHIE, Warden )<br>III, et al., )<br>)<br>　Defendants. ) | CIVIL ACTION NO.<br>2:19cv11-MHT<br>(WO) |
| BRANDON ADAMS, )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>GWENDOLYN BABERS, Mental )<br>Health, et al., )<br>)<br>　Defendants. ) | CIVIL ACTION NO.<br>2:19cv16-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 46) is adopted in part and

rejected in part, as explained in the accompanying opinion.

(2) The healthcare defendants' motion to dismiss and/or for summary judgment (Doc. 15 & Doc. 19) is granted.

(3) The correctional defendants' motion to dismiss and/or for summary judgment (Doc. 34) is denied as to the motion to dismiss and is granted as to the motion for summary judgment.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 22nd day of February, 2022.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**